# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Robert Schwarz, | : |
| | : |
| Plaintiff, | : Civil Action No.:  1:13-cv-03851-WSD- |
| v. | : ECS |
| | : |
| Valentine & Kebartas, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 3, 2014

                                                    Respectfully submitted,

                                                      /s/  Sergei Lemberg, Esq.
                                                    Attorney for Plaintiff Robert Schwarz
                                                    LEMBERG LAW L.L.C.
                                                    1100 Summer Street, 3rd Floor

Stamford, Connecticut 06905
Telephone: (203) 653-2250
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By /s/ Sergei Lemberg

                                    Sergei Lemberg