UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Robert Schwarz,<br><br>                    Plaintiff,<br>v.<br><br>Valentine & Kebartas, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: 1:13-cv-03851-WSD-ECS |

**PLAINTIFF ROBERT SCHWARZ'S NOTICE OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Robert Schwarz, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: July 9, 2014

                                        Respectfully submitted,

                                        /s/  Sergei Lemberg, Esq.
                                        Attorney Bar No.: 598666
                                        Attorney for Plaintiff Robert Schwarz
                                        LEMBERG LAW L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250

Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2014, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and a copy of the foregoing was served via electronic delivery to the following:

Valentine & Kebartas, Inc.
15 Union Street
Lawrence, Massachusetts 01840

/s/ Sergei Lemberg
Georgia Bar No. 598666
Attorney for Plaintiffs

LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424